AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Tyrone Guinn_
                Plaintiff

        V.

_State of Delaware_
                Defendant(s)

06-670

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: #0411013992

I, _Tyroner Guinni_ _____ declare that I am the (check appropriate box)

• • Petitioner/(Plaintiff)/Movant        • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?    • (Yes)   • •No    (If "No" go to Question 2)

      If "YES" state the place of your incarceration _Delaware Correctional Center_
      _1181 Paddock Rd. Smyrna, Del, 19977._
      **Inmate Identification Number (Required):** _375731_

      Are you employed at the institution? _N/b_  Do you receive any payment from the institution? _No_

      _Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months'_
      _transactions_

2.    Are you currently employed?    • •Yes        • (No)

      a.    If the answer is "YES" state the amount of your take-home salary or wages and pay period a
            and give the name and address of your employer.

      b.    If the answer is "NO" state the date of your last employment, the amount of your take-home
            salary or wages and pay period and the name and address of your last employer.

3.    In the past 12 twelve months have you received any money from any of the following sources?

      | | | | |
      |---|---|---|---|
      | a. | Business, profession or other self-employment | • • Yes | • • No |
      | b. | Rent payments, interest or dividends | • • Yes | • • No |
      | c. | Pensions, annuities or life insurance payments | • • Yes | • • No |
      | d. | Disability or workers compensation payments | • • Yes | • • No |
      | e. | Gifts or inheritances | • • Yes | • • No |
      | f. | Any other sources | • (Yes) | • • No |

      If the answer to any of the above is "YES" describe each source of money and state the amount
      received _AND_ what you expect you will continue to receive.

_Court use_

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

*25.00$    Received every month.*

4.    Do you have any cash or checking or savings accounts?         • • Yes        • • No

If "Yes" state the total amount  $_____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

    • • Yes        • • No

If "Yes" describe the property and state its value.

*N/A*

6.    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

*a little*

I declare under penalty of perjury that the above information is true and correct.

_11/1/06_
DATE

_Tyrone Grissom_
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

06-670

TO: _Tyrone Gunin_ SBI#: _375731_

FROM:    Stacy Shane, Support Services Secretary

RE:    **6 Months Account Statement**

DATE:    _June 22, 2006_

Attached are copies of your inmate account statement for the months of _December 1, 2005_ to _May 31, 2006_.

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| Dec   | 59.01 |
| Jan   | 38.39 |
| Feb   | 50.03 |
| March | 51.13 |
| april | 13.86 |
| May   | 2.65 |

Average daily balances/6 months: _35.85_

Attachments
CC:    File

Stacy Shane
w/sshane

Candy Townes 6-22-06

**Individual Statement**

Date Printed: 6/21/2006

Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $71.10 |
|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | | |

Current Location: SU/1    Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 12/6/2005 | ($13.40) | $0.00 | $0.00 | $57.70 | 191536 | | | |
| Canteen | 12/27/2005 | ($4.93) | $0.00 | $0.00 | $52.77 | 199667 | | | |
| Supplies-MailP | 12/29/2005 | ($0.60) | $0.00 | $0.00 | $52.17 | 201837 | | | |

Ending Mth Balance: **$52.17**

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($3.27)

# Individual Statement

Date Printed: 6/21/2006

Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $52.17 |
|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | | |
| Current Location: | SU/1 | | Comments: QOL2 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.37) | $52.17 | 205184 | | 12/28/05 | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.37) | $52.17 | 205185 | | 12/28/05 | |
| Canteen | 1/10/2006 | ($26.00) | $0.00 | $0.00 | $26.17 | 206196 | | | |
| Supplies-MailP | 1/13/2006 | ($0.37) | $0.00 | $0.00 | $25.80 | 208737 | | 12/28/05 | |
| Supplies-MailP | 1/13/2006 | ($0.37) | $0.00 | $0.00 | $25.43 | 208736 | | 12/28/05 | |
| Supplies-MailP | 1/18/2006 | $0.00 | $0.00 | ($0.37) | $25.43 | 210564 | | 12/19/06 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.60) | $25.43 | 211680 | | 11/22/05 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.37) | $25.43 | 211712 | | 11/19/05 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.37) | $25.43 | 211713 | | 11/19/05 | |
| Mail | 1/23/2006 | $25.00 | $0.00 | $0.00 | $50.43 | 212199 | 0450245124 | | J. GUINN |
| Canteen | 1/24/2006 | ($8.25) | $0.00 | $0.00 | $42.18 | 212560 | | | |
| Supplies-MailP | 1/26/2006 | $0.00 | $0.00 | ($0.39) | $42.18 | 213381 | | 12/30/05 | |
| Supplies-MailP | 1/26/2006 | $0.00 | $0.00 | ($0.39) | $42.18 | 213382 | | 1/14/06 | |
| Supplies-MailP | 1/26/2006 | $0.00 | $0.00 | ($0.39) | $42.18 | 213383 | | 1/13/06 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.39) | $42.18 | 214160 | | 1/3/06 | |

Ending Mth Balance: $42.18

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($3.27)

# Individual Statement

## For Month of February 2006

Date Printed: 6/21/2006

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $42.18 |
|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | | |
| Current Location: | SU/1 | Comments: QOL2 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Legal | 2/1/2006 | $0.00 | $0.00 | ($3.00) | $42.18 | 216212 | | | |
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $41.81 | 217538 | | 12/19/06 | |
| Supplies-MailP | 2/2/2006 | ($0.39) | $0.00 | $0.00 | $41.42 | 217766 | | 12/30/05 | |
| Supplies-MailP | 2/2/2006 | ($0.39) | $0.00 | $0.00 | $41.03 | 217767 | | 1/14/06 | |
| Supplies-MailP | 2/2/2006 | ($0.39) | $0.00 | $0.00 | $40.64 | 217768 | | 1/13/06 | |
| Supplies-MailP | 2/2/2006 | ($0.60) | $0.00 | $0.00 | $40.04 | 217920 | | 11/22/05 | |
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $39.67 | 217942 | | 11/19/05 | |
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $39.30 | 217943 | | 11/19/05 | |
| Supplies-MailP | 2/2/2006 | ($0.39) | $0.00 | $0.00 | $38.91 | 218081 | | 1/3/06 | |
| Legal | 2/2/2006 | ($3.00) | $0.00 | $0.00 | $35.91 | 218134 | | | |
| Medical | 2/3/2006 | $0.00 | ($4.00) | $0.00 | $35.91 | 218472 | | 1/22/06 | |
| Medical | 2/3/2006 | ($4.00) | $0.00 | $0.00 | $31.91 | 218600 | | 1/22/06 | |
| Canteen | 2/7/2006 | ($4.66) | $0.00 | $0.00 | $27.25 | 219326 | | | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.37) | $27.25 | 220456 | | 1/3/06 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.60) | $27.25 | 220519 | | 11/23/05 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.37) | $27.25 | 220640 | | 11/25/05 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.37) | $27.25 | 220657 | | 11/25/05 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($0.37) | $27.25 | 220751 | | 12/4/05 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($1.98) | $27.25 | 221562 | | 12/8/05 | |
| Supplies-MailP | 2/10/2006 | $0.00 | $0.00 | ($0.37) | $27.25 | 221609 | | 12/11/05 | |
| Supplies-MailP | 2/10/2006 | $0.00 | $0.00 | ($0.37) | $27.25 | 221616 | | 12/10/05 | |
| Supplies-MailP | 2/10/2006 | $0.00 | $0.00 | ($0.37) | $27.25 | 221627 | | 12/10/05 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.39) | $27.25 | 223494 | | 2/2/06 | |
| Mail | 2/15/2006 | $75.00 | $0.00 | $0.00 | $102.25 | 223506 | 5496556722 | 2/2/06 | GRANDMA |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.37) | $102.25 | 223912 | | 12/6/05 | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.63) | $102.25 | 223941 | | 2/3/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($4.05) | $102.25 | 224039 | | 1/2/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($0.39) | $102.25 | 224090 | | 1/26/05 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($0.63) | $102.25 | 224662 | | 2/8/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($0.39) | $102.25 | 224664 | | 2/10/06 | |

# Individual Statement

Date Printed: 6/21/2006

Page 2 of 2

## For Month of February 2006

| | | | | | | |
|---|---|---|---|---|---|---|
| Supplies-MailP | 2/16/2006 | $0.00 | ($0.39) | $102.25 | 224675 | 2/10/06 |
| Supplies-MailP | 2/16/2006 | $0.00 | ($0.39) | $102.25 | 224676 | 2/6/06 |
| Canteen | 2/21/2006 | ($56.79) | $0.00 | $45.46 | 225511 | |
| Supplies-MailP | 2/22/2006 | $0.00 | ($0.39) | $45.46 | 226012 | 2/18/06 |
| Supplies-MailP | 2/22/2006 | $0.00 | ($0.39) | $45.46 | 226017 | 2/19/06 |

Ending Mth Balance:    $45.46

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($3.27)

# Individual Statement

## For Month of March 2006

Date Printed: 6/21/2006

Page 1 of 2

| SBI | 00375731 | Last Name | Guinn | First Name | Tyrone | MI | | |
|---|---|---|---|---|---|---|---|---|
| Current Location: | SU/1 | | | Comments: QOL2 | | Suffix | Beg Mth Balance: | $45.46 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 3/6/2006 | $25.00 | $0.00 | $0.00 | $70.46 | 231007 | 0537667029-21805 | | J. GUINN |
| Canteen | 3/7/2006 | ($4.91) | $0.00 | $0.00 | $65.55 | 231184 | | | |
| Legal | 3/8/2006 | $0.00 | $0.00 | ($13.00) | $65.55 | 232514 | | | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($0.39) | $65.55 | 233754 | | 2/27/06 | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($0.39) | $65.55 | 233854 | | 2/23/06 | |
| Supplies-MailP | 3/10/2006 | ($0.37) | $0.00 | $0.00 | $65.18 | 234221 | | 1/3/06 | |
| Supplies-MailP | 3/10/2006 | ($0.60) | $0.00 | $0.00 | $64.58 | 234340 | | 11/23/05 | |
| Supplies-MailP | 3/10/2006 | ($0.37) | $0.00 | $0.00 | $64.21 | 234446 | | 11/25/05 | |
| Supplies-MailP | 3/10/2006 | ($0.37) | $0.00 | $0.00 | $63.84 | 234460 | | 11/25/05 | |
| Supplies-MailP | 3/10/2006 | ($0.37) | $0.00 | $0.00 | $63.47 | 234509 | | 12/4/05 | |
| Supplies-MailP | 3/10/2006 | ($1.98) | $0.00 | $0.00 | $61.49 | 234630 | | 12/8/05 | |
| Supplies-MailP | 3/10/2006 | ($0.37) | $0.00 | $0.00 | $61.12 | 234659 | | 12/11/05 | |
| Supplies-MailP | 3/10/2006 | ($0.37) | $0.00 | $0.00 | $60.75 | 234663 | | 12/10/05 | |
| Supplies-MailP | 3/10/2006 | ($0.37) | $0.00 | $0.00 | $60.38 | 234668 | | 12/10/05 | |
| Supplies-MailP | 3/10/2006 | ($0.39) | $0.00 | $0.00 | $59.99 | 234754 | | 2/2/06 | |
| Supplies-MailP | 3/10/2006 | ($0.37) | $0.00 | $0.00 | $59.62 | 234894 | | 12/6/05 | |
| Supplies-MailP | 3/10/2006 | ($0.63) | $0.00 | $0.00 | $58.99 | 234911 | | 2/3/06 | |
| Supplies-MailP | 3/10/2006 | ($0.63) | $0.00 | $0.00 | $58.36 | 235026 | | 2/8/06 | |
| Supplies-MailP | 3/10/2006 | ($0.39) | $0.00 | $0.00 | $57.97 | 235027 | | 2/10/06 | |
| Supplies-MailP | 3/10/2006 | ($0.39) | $0.00 | $0.00 | $57.58 | 235035 | | 2/10/06 | |
| Supplies-MailP | 3/10/2006 | ($0.39) | $0.00 | $0.00 | $57.19 | 235036 | | 2/6/06 | |
| Supplies-MailP | 3/10/2006 | ($4.05) | $0.00 | $0.00 | $53.14 | 235102 | | 1/2/06 | |
| Supplies-MailP | 3/10/2006 | ($0.39) | $0.00 | $0.00 | $52.75 | 235220 | | 1/26/05 | |
| Supplies-MailP | 3/10/2006 | ($0.39) | $0.00 | $0.00 | $52.36 | 235266 | | 2/18/06 | |
| Supplies-MailP | 3/10/2006 | ($0.39) | $0.00 | $0.00 | $51.97 | 235267 | | 2/19/06 | |
| Legal | 3/10/2006 | ($13.00) | $0.00 | $0.00 | $38.97 | 235324 | | | |
| Supplies-MailP | 3/10/2006 | ($0.39) | $0.00 | $0.00 | $38.58 | 235419 | | 2/27/06 | |
| Supplies-MailP | 3/10/2006 | ($0.39) | $0.00 | $0.00 | $38.19 | 235487 | | 2/23/06 | |
| Canteen | 3/14/2006 | $51.79 | $0.00 | $0.00 | $89.98 | 235966 | | REFUND | |
| Supplies-MailP | 3/16/2006 | $0.00 | $0.00 | ($0.39) | $89.98 | 237386 | | 3/1/06 | |

# Individual Statement

Date Printed: 6/21/2006

Page 2 of 2

## For Month of March 2006

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Supplies-MailP | 3/16/2006 | $0.00 | ($0.39) | $89.98 | 237464 | | 3/12/06 |
| Supplies-MailP | 3/16/2006 | $0.00 | ($0.39) | $89.98 | 237588 | | 3/9/06 |
| Canteen | 3/21/2006 | ($61.99) | $0.00 | $27.99 | 238798 | | |

Ending Mth Balance: $27.99

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($3.27)

# Individual Statement

## For Month of April 2006

Date Printed: 6/21/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $27.99 |
|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | | |

Current Location: SU/1    Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/4/2006 | ($5.14) | $0.00 | $0.00 | $22.85 | 244535 | | | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.39) | $22.85 | 245089 | | 3/19/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.63) | $22.85 | 245122 | | 3/21/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.39) | $22.85 | 245218 | | 3/28/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.39) | $22.85 | 245303 | | 3/6/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.39) | $22.85 | 245313 | | 3/12/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($0.39) | $22.85 | 245322 | | 3/14/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($1.17) | $22.85 | 245479 | | 3/30/06 | |
| Legal | 4/11/2006 | $0.00 | $0.00 | ($3.00) | $22.85 | 248616 | | | |
| Pay-To | 4/17/2006 | ($5.00) | $0.00 | $0.00 | $17.85 | 249797 | | PRISON INDUSTRIES | |
| Canteen | 4/18/2006 | ($9.41) | $0.00 | $0.00 | $8.44 | 250222 | | | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($0.39) | $8.44 | 251400 | | 4/1/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($1.83) | $8.44 | 251444 | | 4/6/06 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($1.83) | $8.44 | 251486 | | 4/6/06 | |
| Supplies-MailP | 4/20/2006 | ($0.39) | $0.00 | $0.00 | $8.05 | 252406 | | 3/1/06 | |
| Supplies-MailP | 4/20/2006 | ($0.39) | $0.00 | $0.00 | $7.66 | 252473 | | 3/12/06 | |
| Supplies-MailP | 4/20/2006 | ($0.39) | $0.00 | $0.00 | $7.27 | 252502 | | 3/9/06 | |
| Supplies-MailP | 4/20/2006 | ($0.39) | $0.00 | $0.00 | $6.88 | 252788 | | 4/1/06 | |
| Supplies-MailP | 4/20/2006 | ($1.83) | $0.00 | $0.00 | $5.05 | 252810 | | 4/6/06 | |
| Supplies-MailP | 4/20/2006 | ($1.83) | $0.00 | $0.00 | $3.22 | 252832 | | 4/6/06 | |
| Legal | 4/20/2006 | ($3.00) | $0.00 | $0.00 | $0.22 | 252907 | | | |
| Supplies-MailP | 4/20/2006 | ($0.22) | $0.00 | ($0.17) | $0.00 | 252974 | | 3/19/06 | |
| Supplies-MailP | 4/26/2006 | $0.00 | $0.00 | ($0.37) | $0.00 | 255718 | | 12/08/05 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($3.27)

# Individual Statement

Date Printed: 6/21/2006

Page 1 of 1

## For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | | |

Current Location: SU/1     Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 5/2/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 258619 | | 4/24/06 | |
| Misc | 5/8/2006 | $13.80 | $0.00 | $0.00 | $13.80 | 260462 | 5133578 | LOST PROPERTY | |
| Supplies-MailP | 5/10/2006 | $0.00 | $0.00 | ($2.88) | $13.80 | 261902 | | INDIGENT 5/2/06 | |
| Supplies-MailP | 5/12/2006 | ($0.37) | $0.00 | $0.00 | $13.43 | 263077 | | 12/08/05 | |
| Supplies-MailP | 5/12/2006 | ($0.17) | $0.00 | $0.00 | $13.26 | 263238 | | 3/19/06 | |
| Supplies-MailP | 5/12/2006 | ($0.63) | $0.00 | $0.00 | $12.63 | 263241 | | 3/21/06 | |
| Supplies-MailP | 5/12/2006 | ($0.39) | $0.00 | $0.00 | $12.24 | 263280 | | 3/28/06 | |
| Supplies-MailP | 5/12/2006 | ($0.39) | $0.00 | $0.00 | $11.85 | 263297 | | 3/14/06 | |
| Supplies-MailP | 5/12/2006 | ($0.39) | $0.00 | $0.00 | $11.46 | 263296 | | 3/12/06 | |
| Supplies-MailP | 5/12/2006 | ($0.39) | $0.00 | $0.00 | $11.07 | 263295 | | 3/6/06 | |
| Supplies-MailP | 5/12/2006 | ($1.17) | $0.00 | $0.00 | $9.90 | 263308 | | 3/30/06 | |
| Supplies-MailP | 5/12/2006 | ($0.39) | $0.00 | $0.00 | $9.51 | 263377 | | 4/24/06 | |
| Supplies-MailP | 5/12/2006 | ($2.88) | $0.00 | $0.00 | $6.63 | 263416 | | INDIGENT 5/2/06 | |
| Canteen | 5/16/2006 | ($6.60) | $0.00 | $0.00 | $0.03 | 263862 | | | |
| Supplies-MailP | 5/17/2006 | $0.00 | $0.00 | ($2.55) | $0.03 | 264847 | | 5/4/06 | |

Ending Mth Balance: $0.03

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($3.27)