(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Tyrone Guinn   SBI: 375731
(Name of Plaintiff)   (Inmate Number)

Delaware Correctional Center
1181 Paddock Rd. Smyrna DE, 19977
(Complete Address with zip code)

06-670

(2) _____
(Name of Plaintiff)   (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) Thomas Corroll
(2) Paul Howard
(3) Larry Savages
(Names of Defendants)

• • Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

FILED 2006 OCT 30 PM 4:09
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Scanned IFP?

**I. PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

1.) Civil Action No. 06-75-KAJ filed Jan. 30th 2006. Judge Kent A. Jordan

2.) Civil Action 1:05-CV-875  Year: 12/28/05  Judge Kent Jordan.

Court Clerk

(4) Lowery, Malibu

(Name of Defendant.)

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • •Yes • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • •Yes • •No

C. If your answer to "B" is Yes:

1. What steps did you take? I Filed grievance form, DOC procedure "4.4" Inmate grievance Procedure"

2. What was the result? My grievance was Denied as Non-grievable In Accordance with DOC policy.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Thomas Carroll
Employed as DOC Wardene at DOC
Mailing address with zip code: Delaware Correctional Center 1181 Paddock Rd, Smyrna DEL, 19977

(2) Name of second defendant: Paul Howard
Employed as Chief Bureau of P. at DOC
Mailing address with zip code: Delaware Correctional Center 1181 Paddock Rd, Smyrna DEL, 19977.

(3) Name of third defendant: Larry Savage
Employed as Hearin Officer Lt. at D.O.C
Mailing address with zip code: Delaware Correctional Center 1181 Paddock Rd, Smyrna DEL, 19977.

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

Name of Fourth Defendant:
    Lower Kaiibu

Employed as: Correctional office 8n4 sift.

Mailing address with zip code: Delaware Correctional Center, 1181 Paddock Rd, Smyrna Del. 19977.

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 5/10/06 officer Lowery, Kaiibu conducted a cell shake down on my cell in took a pair of white Nikes shoes that I Recived from Commissary a month Befor. Becouse he claim I had a Razor Blade inside my sole of the shoes, and confiscated my Property. On his Disciplinary Report he stated there was Evidence and it was placed in a bag and sent to the Major Board. So on 5/24/06 "Defendent Disciplinary officer Larry Savage"

2. 

3. Come to conduct a hearing decision bringin none of the alleged Rvidence that was Claimed in the Disciplinary Report to proof such claim. Durn my hearin I asked: why is it that the officer claim I had a Razor Blade in my Shoe But when I come to

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like the court to let me seek Justice By: Suen each Defendant approxmely (57.00$) dollars each, for the value of my property that was revoked from me, by the above Defendants and that varyday thay deprived me of my legal Right

3

My hearin there was "NO" sufficient evidence to support this claim? he stated to me he dont have any evidence with him, and still found me Guilty Just per to the Alleged officer Report. When I asked what will happen to my Property, he stated: They will be Thrown Away or Taken for public use. Defendant Larry S. was in violation of the D.O.C. policys and procedures and also denied me Due process. On 5/24/06 I filed a Appeal on the decision of Hearin officer Larry Savage on the basis of Insufficient of Evidence to support such claim and on 6/1/06 Rendina Anthony and Defendent. Paul Howard, Bureau Chief of Prison Reviwed my Appeal on the same basis as of the Hearin officer Larry S. Statin That: "The Report support the Guilt", Instead of finding that "The Persented Evidence Support The Guilt". 6/1/06 Mr. Paul Howard also violated my Rights to Due process. I was not Given also a copy of my Inventory. The staff did not mail such items "my shoes" at my Inmate expense to a Destination of my choice even if my property was consider Contraband. The Reson for this Complaint on Defendent Thomas Correl Is Because he Is Being held Liable of his Improper ordinary Training and skill By the D.O.C. procedures. If the wardan had provided the staff with proper ordinary Training and skill By the D.O.C. the outcome of my Disciplinary would have Been Different. After I was denied my Appeal I still never had any legitimate Entitlement of It nor to send home.

2. Thats Protecteed under the 14th Amendment & D.O.C Rules In proceedures Also Such cost of all Legal Fees

3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of November, 2006.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I/M Tyrone Quinn
SBI# 375731  UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



TO: Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm, DEL. 19801-3570

— Legal Mail —