# ___DELAWARE CORRECTIONAL CENTER___
# ___SUPPORT SERVICES OFFICE___
# ___MEMORANDUM___

TO: _Tyrone Gwinn_    SBI#: _375731_

FROM:   *Stacy Shane, Support Services Secretary*

RE:   ___6 Months Account Statement___

DATE:   _November 28, 2006_

O6cv670 KAJ

FILED

DEC 0 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Attached are copies of your inmate account statement for the months of* _May 1, 2006_   to   _October 31, 2006_

*The following indicates the average daily balances.*

| ___MONTH___ | ___AVERAGE DAILY BALANCE___ |
|---|---|
| May | 2.65 |
| June | 6.58 |
| July | 2.07 |
| Aug | 1.61 |
| Sept | 3.11 |
| Oct | 8.31 |

**Average daily balances/6 months:** _4.06_

*Attachments*
CC:   File

Stacy Shane
11/28/06

11/28/06

# Individual Statement

Date Printed: 11/28/2006

Page 1 of 1

## For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | | Beg Mth Balance: | | $0.00 | |
|---|---|---|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | | | | | |

Current Location:  19    Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 5/2/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 258619 | | 4/24/06 | |
| Misc | 5/8/2006 | $13.80 | $0.00 | $0.00 | $13.80 | 260462 | 5133578 | LOST PROPERTY | |
| Supplies-MailP | 5/10/2006 | $0.00 | $0.00 | ($2.88) | $13.80 | 261902 | | INDIGENT 5/2/06 | |
| Supplies-MailP | 5/12/2006 | ($0.37) | $0.00 | $0.00 | $13.43 | 263077 | | 12/08/05 | |
| Supplies-MailP | 5/12/2006 | ($0.17) | $0.00 | $0.00 | $13.26 | 263238 | | 3/19/06 | |
| Supplies-MailP | 5/12/2006 | ($0.63) | $0.00 | $0.00 | $12.63 | 263241 | | 3/21/06 | |
| Supplies-MailP | 5/12/2006 | ($0.39) | $0.00 | $0.00 | $12.24 | 263280 | | 3/28/06 | |
| Supplies-MailP | 5/12/2006 | ($0.39) | $0.00 | $0.00 | $11.85 | 263297 | | 3/14/06 | |
| Supplies-MailP | 5/12/2006 | ($0.39) | $0.00 | $0.00 | $11.46 | 263296 | | 3/12/06 | |
| Supplies-MailP | 5/12/2006 | ($0.39) | $0.00 | $0.00 | $11.07 | 263295 | | 3/6/06 | |
| Supplies-MailP | 5/12/2006 | ($1.17) | $0.00 | $0.00 | $9.90 | 263308 | | 3/30/06 | |
| Supplies-MailP | 5/12/2006 | ($0.39) | $0.00 | $0.00 | $9.51 | 263377 | | 4/24/06 | |
| Supplies-MailP | 5/12/2006 | ($2.88) | $0.00 | $0.00 | $6.63 | 263416 | | INDIGENT 5/2/06 | |
| Canteen | 5/16/2006 | ($6.60) | $0.00 | $0.00 | $0.03 | 263862 | | | |
| Supplies-MailP | 5/17/2006 | $0.00 | $0.00 | ($2.55) | $0.03 | 264847 | | 5/4/06 | |

| | | | | Ending Mth Balance: | $0.03 | | | | |

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  ($19.31)

# Individual Statement

Date Printed: 11/28/2006

## For Month of June 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | Beg Mth Balance: | $0.03 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00375731 | Guinn | Tyrone | | | | | | | |
| Current Location: | 19 | | | Comments: QOL1 | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.39) | $0.03 | 273224 | | 5/3/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.39) | $0.03 | 273463 | | 5/5/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.63) | $0.03 | 273660 | | 5/15/06 | |
| Visit | 6/5/2006 | $25.00 | $0.00 | $0.00 | $25.03 | 274280 | 4420449039-02643 | | J. GUINN |
| Supplies-MailP | 6/5/2006 | ($2.55) | $0.00 | $0.00 | $22.48 | 274378 | | 5/4/06 | |
| Supplies-MailP | 6/5/2006 | ($0.39) | $0.00 | $0.00 | $22.09 | 274837 | | 5/3/06 | |
| Supplies-MailP | 6/5/2006 | ($0.39) | $0.00 | $0.00 | $21.70 | 274891 | | 5/5/06 | |
| Supplies-MailP | 6/5/2006 | ($0.63) | $0.00 | $0.00 | $21.07 | 274941 | | 5/15/06 | |
| Legal | 6/7/2006 | $0.00 | $0.00 | ($0.76) | $21.07 | 276468 | | | |
| Pay-To | 6/9/2006 | ($7.50) | $0.00 | $0.00 | $13.57 | 277444 | | PRISON INDUSTRIES | |
| Legal | 6/9/2006 | ($0.76) | $0.00 | $0.00 | $12.81 | 277556 | | | |
| Canteen | 6/13/2006 | ($9.38) | $0.00 | $0.00 | $3.43 | 278367 | | | |
| Supplies-MailP | 6/19/2006 | $0.00 | $0.00 | ($3.27) | $3.43 | 280983 | | 6/15/06 | |
| Medical | 6/29/2006 | $0.00 | ($4.00) | $0.00 | $3.43 | 285761 | | 6/26/06 | |

Ending Mth Balance: $3.43

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($19.31)

# Individual Statement

Date Printed: 11/28/2006

## For Month of July 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $3.43 |
|-----|-----------|------------|----|--------|------------------|-------|
| 00375731 | Guinn | Tyrone | | | | |

Current Location:  19          Comments:  QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($4.20) | $3.43 | 288961 | | 6/06 | |
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($0.39) | $3.43 | 288966 | | 6/27/06 | |
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($0.39) | $3.43 | 288974 | | 6/30/06 | |
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($0.39) | $3.43 | 289107 | | 6/19/06 | |
| Canteen | 7/11/2006 | $2.80 | $0.00 | $0.00 | $6.23 | 290049 | | REFUND-GRIEVANC | |
| Supplies-MailP | 7/14/2006 | $0.00 | $0.00 | ($1.11) | $6.23 | 291847 | | 6/2/06 | |
| Supplies-MailP | 7/14/2006 | $0.00 | $0.00 | ($5.00) | $6.23 | 291872 | | 6/1/06 | |
| Supplies-MailP | 7/14/2006 | $0.00 | $0.00 | ($5.60) | $6.23 | 291875 | | 6/1/06 | |
| Medical | 7/14/2006 | ($4.00) | $0.00 | $0.00 | $2.23 | 291959 | | 6/26/06 | |
| Supplies-MailP | 7/17/2006 | $0.00 | $0.00 | ($1.11) | $2.23 | 292169 | | 7/13/06 | |
| Legal | 7/17/2006 | $0.00 | $0.00 | ($3.00) | $2.23 | 292321 | | | |
| Supplies-MailP | 7/18/2006 | $0.00 | $0.00 | ($3.34) | $2.23 | 293268 | | INDIGENT 7/10/06 | |
| Supplies-MailP | 7/19/2006 | ($2.23) | $0.00 | ($1.04) | $0.00 | 293967 | | 6/15/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($1.35) | $0.00 | 295555 | | 7/6/06 | |
| Supplies-MailP | 7/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 295687 | | 7/20/06 | |

Ending Mth Balance:    $0.00

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  ($19.31)

# Individual Statement

Date Printed: 11/28/2006

Page 1 of 1

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|----|--------|------------------|-------|
| 00375731 | Guinn | Tyrone | | | | |

Current Location:  19    Comments:  QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Supplies-MailP | 8/4/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 302023 | | 7/27/06 | |
| Mail | 8/9/2006 | $25.00 | $0.00 | $0.00 | $25.00 | 303568 | 0845926704 | | GRANDMA |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($0.39) | $25.00 | 303882 | | 8/5/06 | |
| Supplies-MailP | 8/11/2006 | ($1.35) | $0.00 | $0.00 | $23.65 | 305073 | | 7/6/06 | |
| Supplies-MailP | 8/11/2006 | ($4.05) | $0.00 | $0.00 | $19.60 | 305105 | | 7/20/06 | |
| Supplies-MailP | 8/11/2006 | ($1.04) | $0.00 | $0.00 | $18.56 | 305284 | | 6/15/06 | |
| Supplies-MailP | 8/11/2006 | ($0.39) | $0.00 | $0.00 | $18.17 | 305498 | | 6/19/06 | |
| Legal | 8/11/2006 | ($3.00) | $0.00 | $0.00 | $15.17 | 305503 | | | |
| Supplies-MailP | 8/11/2006 | ($3.34) | $0.00 | $0.00 | $11.83 | 305526 | | INDIGENT 7/10/06 | |
| Supplies-MailP | 8/11/2006 | ($4.20) | $0.00 | $0.00 | $7.63 | 305533 | | 6/06 | |
| Supplies-MailP | 8/11/2006 | ($1.11) | $0.00 | $0.00 | $6.52 | 305538 | | 6/2/06 | |
| Supplies-MailP | 8/11/2006 | ($5.00) | $0.00 | $0.00 | $1.52 | 305540 | | 6/1/06 | |
| Supplies-MailP | 8/11/2006 | ($1.52) | $0.00 | ($4.08) | $0.00 | 305542 | | 6/1/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 307092 | | 7/8/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 308010 | | 9/11/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($3.28) | $0.00 | 308327 | | INDIGENT 8/7/06 | |
| Supplies-MailP | 8/24/2006 | $0.00 | $0.00 | ($1.11) | $0.00 | 310141 | | 8/20/06 | |

Ending Mth Balance:    $0.00

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  ($19.31)

**Individual Statement**

Date Printed: 11/28/2006

Page 1 of 1

## For Month of September 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|----|----|----|----|
| 00375731 | Guinn | Tyrone | | | | |

Current Location: 19    Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 9/5/2006 | $25.00 | $0.00 | $0.00 | $25.00 | 314287 | 9248002866-04872 | | J. GUINN |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $25.00 | 315325 | | 8/28/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $25.00 | 315512 | | 8/21/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $25.00 | 315515 | | 8/21/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $25.00 | 315519 | | 8/18/06 | |
| Legal | 9/8/2006 | $0.00 | $0.00 | ($3.00) | $25.00 | 316834 | | | |
| Supplies-MailP | 9/8/2006 | ($4.05) | $0.00 | $0.00 | $20.95 | 317068 | | 7/8/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $20.56 | 317121 | | 9/11/06 | |
| Supplies-MailP | 9/8/2006 | ($3.28) | $0.00 | $0.00 | $17.28 | 317133 | | INDIGENT 8/7/06 | |
| Supplies-MailP | 9/8/2006 | ($1.11) | $0.00 | $0.00 | $16.17 | 317229 | | 8/20/06 | |
| Supplies-MailP | 9/8/2006 | ($4.08) | $0.00 | $0.00 | $12.09 | 317345 | | 6/1/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $11.70 | 317350 | | 6/30/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $11.31 | 317348 | | 6/27/06 | |
| Supplies-MailP | 9/8/2006 | ($1.11) | $0.00 | $0.00 | $10.20 | 317367 | | 7/13/06 | |
| Supplies-MailP | 9/8/2006 | ($4.05) | $0.00 | $0.00 | $6.15 | 317421 | | 7/27/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $5.76 | 317426 | | 8/5/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $5.37 | 317483 | | 8/28/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $4.98 | 317575 | | 8/21/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $4.59 | 317576 | | 8/21/06 | |
| Supplies-MailP | 9/8/2006 | ($0.39) | $0.00 | $0.00 | $4.20 | 317577 | | 8/18/06 | |
| Legal | 9/8/2006 | ($3.00) | $0.00 | $0.00 | $1.20 | 317736 | | | |
| Supplies-MailP | 9/15/2006 | $0.00 | $0.00 | ($0.39) | $1.20 | 320209 | | 9/12/06 | |
| Canteen | 9/19/2006 | ($0.78) | $0.00 | $0.00 | $0.42 | 321093 | | | |
| Supplies-MailP | 9/27/2006 | $0.00 | $0.00 | ($2.07) | $0.42 | 324755 | | 9/21/06 | |
| | | | | **Ending Mth Balance:** | **$0.42** | | | | |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($19.31)

# Individual Statement

Date Printed: 11/28/2006

Page 1 of 1

## For Month of October 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.42 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00375731 | Guinn | Tyrone | | | | |
| Current Location: | 19 | | Comments: QOL1 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($4.20) | $0.42 | 329917 | | 9/30/06 | |
| Visit | 10/10/2006 | $25.00 | $0.00 | $0.00 | $25.42 | 330285 | 08459267802-05707 | | J. GUINN |
| Supplies-MailP | 10/13/2006 | $0.00 | $0.00 | ($3.57) | $25.42 | 332010 | | INDIGENT 10/2/06 | |
| Canteen | 10/17/2006 | ($5.08) | $0.00 | $0.00 | $20.34 | 332675 | | | |
| Legal | 10/18/2006 | $0.00 | $0.00 | ($3.00) | $20.34 | 333800 | | | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($1.83) | $20.34 | 333994 | | 10/6/06 | |
| Supplies-MailP | 10/19/2006 | $0.00 | $0.00 | ($4.05) | $20.34 | 334391 | | 10/7/06 | |
| Supplies-MailP | 10/20/2006 | ($0.39) | $0.00 | $0.00 | $19.95 | 335245 | | 9/12/06 | |
| Supplies-MailP | 10/20/2006 | ($2.07) | $0.00 | $0.00 | $17.88 | 335846 | | 9/21/06 | |
| Supplies-MailP | 10/20/2006 | ($3.57) | $0.00 | $0.00 | $14.31 | 336036 | | INDIGENT 10/2/06 | |
| Legal | 10/20/2006 | ($3.00) | $0.00 | $0.00 | $11.31 | 336108 | | | |
| Supplies-MailP | 10/20/2006 | ($4.20) | $0.00 | $0.00 | $7.11 | 336289 | | 9/30/06 | |
| Supplies-MailP | 10/20/2006 | ($1.83) | $0.00 | $0.00 | $5.28 | 336306 | | 10/6/06 | |
| Supplies-MailP | 10/20/2006 | ($4.05) | $0.00 | $0.00 | $1.23 | 336398 | | 10/7/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.39) | $1.23 | 338661 | | 10/29/06 | |

Ending Mth Balance: $1.23

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($19.31)

I/M TYRONE QUINN

SBI# 13,75731 UNIT 5llll

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

- LEGAL MAiL -

To: OFFICE of the Clerk

UNITED States District Court

844 N. King st. LockBox 18

wilm, Delaware 19801-3570