IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TYRONE GUINN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-670 KAJ |
| | ) |
| THOMAS CORROLL, | ) |
| PAUL HOWARD, | ) |
| LT. LARRY SAVAGE, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
DEC 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

I, Tyrone Guinn, SBI # 375731, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $3.88 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated ___12/14/06___, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: ___12/14/06___, 2006.

_Tyrone Guinn_
Signature of Plaintiff

IM Tyrone Jividen
SBI# 1375734    UNIT SHU VB
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

— Legal Mail —

To: Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm, Del 19801-3570

U.S.M.
XI-87

UNITED STATES POSTAGE
$ 00.39⁰
MAILED FROM ZIP CODE 19977
DEC 16 2006