IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TYRONE GUINN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-670-JJF |
| THOMAS CARROLL, PAUL HOWARD, and LT. LARRY SAVAGE, | : |
| Defendants. | : |

**ORDER**

NOW THEREFORE, at Wilmington this 22 day of March, 2007, IT IS HEREBY ORDERED that:

1. The Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted and as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). Amendment of the Complaint would be futile. See Grayson v. Mayview State Hosp., 293 F.3d 103, 111 (3d Cir. 2002); Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d. Cir. 1976).

2. Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. The Clerk of the Court is directed to send a copy of this Order to the appropriate prison business office.

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE